# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| STEVEN D. RUSSELL, JR., <br> ADC #151742 <br><br> Petitioner <br> v. <br><br> WENDY KELLEY, Director <br> Arkansas Department of Correction <br><br> Respondent | No. 5:17CV00213-SWW |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Russell's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED; and

2. A certificate of appealability will not be issued.

Dated this 30th day of January, 2018,

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1