IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| STEVEN D. RUSSELL, JR., | * | |
|---|---|---|
| ADC #151742 | * | |
| | * | |
| | * | |
| Petitioner | * | No. 5:17CV00213-SWW |
| v. | * | |
| | * | |
| WENDY KELLEY, Director | * | |
| Arkansas Department of Correction | * | |

Respondent

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 30th day of January, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE